IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERIC DE'JUAN JONES, #50222**                                                      **PETITIONER**

**v.**                                **CAUSE NO. 1:25cv243-LG-LGI**

**STATE OF MISSISSIPPI, ET AL.**                                **RESPONDENTS**

### FINAL JUDGMENT

For the reasons set forth in the Order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 2nd day of December, 2025.

                                                     s/ *Louis Guirola, Jr.*

                                                     LOUIS GUIROLA, JR.
                                                     UNITED STATES DISTRICT JUDGE